```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 06-40464-TLH4
                                          CHAPTER 13
CHARLENE CRUMP


_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410416 in the amount of 76.26 to the Registry as unclaimed funds.

RESPECTFULLY SUBMITTED.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CHARLENE CRUMP | CHASE BANK, USA, N.A. |
| 8333 LESLEY ST | P.O. BOX 100018 |
| TALLAHASSEE, FL  32305 | KENNESAW, GA 30156-9104 |

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
3/31/2011 12:17 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE