```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      TALLAHASSEE DIVISION
```

IN RE:                                CASE NO. 06-40464-TLH4
                                      CHAPTER 13
CHARLENE CRUMP

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 412243 in the amount of 50.84 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF THE CHAPTER 13 TRUSTEE
>POST OFFICE BOX 646
>TALLAHASSEE, FL 32302
>ldhecf@earthlink.net
>(850) 681-2734 "Telephone"
>(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

CHARLENE CRUMP
8333 LESLEY ST
TALLAHASSEE, FL  32305

CHASE BANK, USA, N.A.
P.O. BOX 100018
KENNESAW, GA 30156-9104

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF CHAPTER 13 TRUSTEE

4/29/2011  1:19 pm / CR_213